**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2511**

———————————

In Re: WILBUR P. HOLLAR and RUTH CAROL HOLLAR,

 Debtors.

—————————————————————

WILBUR P. HOLLAR; RUTH CAROL HOLLAR,

 Plaintiffs - Appellants,

 versus

UNITED STATES OF AMERICA; INTERNAL REVENUE
SERVICE,

 Defendants - Appellees.

———————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. N. Carlton Tilley, Jr.,
District Judge. (CA-95-351-2, BK-93-11389C-7W)

———————————

Submitted: January 18, 1996        Decided: February 15, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Wilbur P. Hollar, Ruth Carol Hollar, Appellants Pro Se.  Thomas
Pearson Holderness, Lawrence P. Blaskopf, UNITED STATES DEPARTMENT
OF JUSTICE, Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the bankruptcy court's dismissal of this action on the basis of res judicata. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hollar v. United States, Nos. CA-95-351-2; BK-93-11389C-7W (M.D.N.C. June 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3